IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANGELOS KOLOBOTOS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:26-cv-967-B |
| | § | |
| CAPITAL ONE BANK, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
## RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court, on its own motion, therefore **REMANDS** this lawsuit to the state court from which it was removed because there was not federal subject-matter jurisdiction at the time of removal.

**SO ORDERED.**

**DATE: May 20, 2026.**

_____
JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE

-1-